LAWRENCE A. PURITZ, SBN 80555
LAW OFFICES OF LAWRENCE A. PURITZ
PO BOX 935
CHICO, CA  95927
Phone: (530) 343-1614
Fax:    (530) 343-1629
Email: puritz@northvalleylawyer.com
           puritzlawoffices@northvalleylawyer.com

**Attorney for Plaintiff ES, a minor**
**by and through her Guardian Ad Litem Ross Sandberg**

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | |
|---|---|
| ES, a minor, by and through her Guardian Ad Litem Ross Sandberg;<br><br>Plaintiff,<br><br>vs.<br><br>Ampla Health; Ammar Chengezi, MD; United States of America; and Does 1-10;<br><br>Defendants. | Case No. 2:22-cv-02138-MCE-DMC<br><br>**ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM**<br><br>RULE 202 (Fed. R. Civ. P. 17)<br><br>**Honorable** Morrison C**.** England**,** Jr. |

## ORDER APPOINTING GUARDIAN AD LITEM

The court having considered the petition of ES for the appointment of Ross Sandberg as Guardian Ad Litem for ES who is a minor and good cause appearing therefore.

///

///

///

–1–
**ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM**
**Case No. 2:22-cv-02138-MCE-DMC**

**IT IS HEREBY ORDERED** that Ross Sandberg be, and he is, hereby appointed as Guardian Ad Litem for ES, a plaintiff in the above entitled action, and he is authorized to pursue Medical-Malpractice claim mentioned in the petition.

IT IS SO ORDERED.

Dated:  December 5, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE