PHILLIP A. TALBERT
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ES, a minor, by and through her Guardian Ad Litem, Ross Sandberg,<br><br>Plaintiff,<br><br>v.<br><br>AMPLA HEALTH; AMMAR CHANGEZI, M.D., UNITED STATES OF AMERICA; and DOES 1 to 10,<br><br>Defendants. | Case No. 2:22-cv-02138-MCE-DMC<br><br>STIPULATION AND ORDER TO SUBSTITUTE THE UNITED STATES AS DEFENDANT IN PLACE OF AMPLA HEALTH AND AMMAR CHANGEZI, M.D. |

IT IS HEREBY STIPULATED, by and between the Plaintiff, E.S., a minor, by and through her Guardian Ad Litem, Ross Sandberg, and Defendant United States of America that the United States be substituted in as Defendant in place and instead of Defendants Ampla Health and Ammar Changezi, M.D., in accordance with the Federal Tort Claims Act (28 U.S.C. §§ 2671 et seq. and 28 U.S.C. § 1346(b)) and 42 U.S.C. § 233.

///

///

///

///

///

///

///

---

STIPULATION AND ORDER TO SUBSTITUTE THE UNITED STATES AS
DEFENDANT IN PLACE OF AMPLA HEALTH AND AMMAR CHANGEZI, M.D.                                                                 1

IT IS SO STIPULATED

Respectfully submitted,

Dated: March 13, 2023         PHILLIP A. TALBERT
                              UNITED STATES ATTORNEY


                              By: */s/ Victoria L. Boesch*
                              VICTORIA L. BOESCH
                              Assistant United States Attorney
                              Attorney for the United States

Dated: March 13, 2023         LAW OFFICES OF LAWRENCE A. PURITZ


                              */s/ Lawrence A. Puritz (authorized 3/13/23)*
                              LAWRENCE A. PURITZ
                              Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED, pursuant to the parties' stipulation, that the United States be substituted in as Defendant, in place and instead of Defendants, Ampla Health and Ammar Changezi, M.D.

IT IS SO ORDERED.

Dated: March 28, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE