PHILLIP A. TALBERT
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ES, a minor, by and through her Guardian Ad Litem, Ross Sandberg,<br><br>   Plaintiff,<br><br>v.<br><br>United States of America,<br><br>   Defendant. | Case No. 2:22-cv-02138-MCE-DMC<br><br>WAIVER OF PERSONAL APPEARANCE AND CONSENT TO CONDUCT HEARING BY VIDEOCONFERENCE AND ORDER |

Under Local Rule 174(a)(1), Defendant United States, by and through its attorney of record, waives the right to personally appear, and consents to appear by videoconference at the hearing on Plaintiff's Petition for Approval of Minor's Compromise scheduled for January 25, 2024, at 10:00 a.m.

                                                            Respectfully submitted,

Dated:  December 19, 2023            PHILLIP A. TALBERT
                                                            UNITED STATES ATTORNEY

                                                            */s/ Victoria L. Boesch*
                                                            VICTORIA L. BOESCH
                                                            Assistant United States Attorney
                                                            Attorney for the United States

           IT IS SO ORDERED.

Dated:  December 28, 2023

                                                            _____
                                                            MORRISON C. ENGLAND, JR
                                                            SENIOR UNITED STATES DISTRICT JUDGE

WAIVER OF PERSONAL APPEARANCE AND CONSENT TO CONDUCT
HEARING BY VIDEOCONFERENCE AND ORDER                                                              1