LAWRENCE A. PURITZ, SBN 80555
SEAN PURITZ, SBN 294624
**LAW OFFICES OF LAWRENCE A. PURITZ**
PO BOX 935
Chico, CA  95927
Phone: 530-343-1614
Fax: 530-343-1629
Email: Puritz@NorthValleyLawyer.com
CC:    PuritzLawOffices@NorthValleyLawyer.com
**Attorney for Plaintiff, ES, a minor,
by and through her Guardian Ad Litem, Ross Sandberg**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ES, a minor, by and through her Guardian Ad Litem, Ross Sandberg,<br><br>Plaintiff,<br><br>v.<br><br>United States of America<br><br>Defendants, | Case No. 2:22-CV-02138-MCE-DMC<br>District Judge Morrison C. England, Jr.<br>Magistrate Judge Dennis M. Cota<br><br>**ORDER RE WAIVER OF PERSONAL APPEARANCE AND CONSENT TO CONDUCT HEARING BY VIDEOCONFERENCE** |

The request for waiver of personal appearance submitted at ECF No. 20 is GRANTED.  Under Local Rule 174(a)(1), Plaintiff, ES, a minor, by and through her Guardian Ad Litem, Ross Sandberg, and by and through his attorney of record, has waived his right to personally appear, and will appear by videoconference at the hearing on Plaintiff's Petition for Approval of Minor's Compromise scheduled for January 25, 2024, at 10:00 a.m.

   IT IS SO ORDERED.

Dated:  January 17, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1