LAWRENCE A. PURITZ, SBN 80555
SEAN PURITZ, SBN 294624
**LAW OFFICES OF LAWRENCE A. PURITZ**
PO BOX 935
Chico, CA  95927
Phone: 530-343-1614
Fax: 530-343-1629
Email: Puritz@NorthValleyLawyer.com
CC:     PuritzLawOffices@NorthValleyLawyer.com
**Attorney for Plaintiff, ES, a minor,
by and through her Guardian Ad Litem, Ross Sandberg**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ES, a minor, by and through her Guardian Ad Litem, Ross Sandberg,<br><br>Plaintiff,<br><br>v.<br><br>United States of America<br><br>Defendants<br>　　　　　Defendants. | Case No. 2:22-CV-02138-MCE-DMC<br>District Judge Morrison C. England, Jr.<br>Magistrate Judge Dennis M. Cota<br><br>**ORDER APPROVING MINOR'S COMPROMISE** |

AFTER HAVING REVIEWED PETITIONER'S PETITION FOR APPROVAL OF MINOR'S COMPROMISE, AND BOTH PARTIES HAVING BEEN HEARD BEFORE THE OURT, IT HEREBY ORDERS:

　　　1. That the Petition is granted and the Minor's Compromise is approved.

　　　2. That the settlement is the sum of $140,000.00.

　　　3. As to the minor plaintiff E.S., her net recovery after deduction for attorneys' fees is and advanced costs 110,000.00.  That sum will be used by the United States to purchase an annuity contract from a life insurance company with at least an A+ or A++ rating by A.M. Best Company rating service for the benefit of E.S.  After the purchase of the annuity contract by the United States, the life insurance company will make the following periodic payment to E.S.:

(1)  $15,000.00 per year for 4 years certain, (4 payments) beginning on or about June 1, 2032.

(2)  Lump sum of $50,000.00 at age 25 paid on or about December 11, 2039 and lump sum of $120,000.00 paid on or about December 11, 2044.

This proposed annuity provides a $60,000.00 college fund.

4.  Attorneys fees in the sum of $35,000.00 (25%), reduced to $24,766.34, and costs advanced of $5,233.66 are granted.

5.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  February 6, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE